UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PASCUA, VITA § Case No. 11-01819
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/03/2012 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                          Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PASCUA, VITA § Case No. 11-01819
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 6.45 |
| leaving a balance on hand of[1] | $ | 7,993.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Phillip D. Levey | $ 31.95 | $ 0.00 | $ 31.95 |
| Attorney for Trustee Fees: Philllip D. Levey | $ 1,665.00 | $ 0.00 | $ 1,665.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,246.95 |
| Remaining Balance | | $ | 4,746.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,837.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One,N.A | $ 339.79 | $ 0.00 | $ 205.78 |
| 000002 | Chase Bank USA, N.A. | $ 2,746.09 | $ 0.00 | $ 1,663.04 |
| 000003 | Credit First | $ 1,117.72 | $ 0.00 | $ 676.90 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 1,914.18 | $ 0.00 | $ 1,159.23 |
| 000005 | GE Money Bank | $ 1,720.02 | $ 0.00 | $ 1,041.65 |

Total to be paid to timely general unsecured creditors     $     4,746.60

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Vita Pascua  
    Debtor

Case No. 11-01819-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: Mar 06, 2012  
                Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2012.

```
db           +Vita Pascua,    5703 S. Mason Ave,    Apt 101,    Chicago, IL 60638-3606
17270089     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16684926     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17288439      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16684927     +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
16684928     +Credit One Bank,    Po Box 98872,    Las Vegas, NV 89193-8872
16684929     +Donald L. Newman & Associates,    11 S. LaSalle Street,    Suite 1500,    Chicago, IL 60603-1224
16684930      First Franklin Loan Services,    PO Box 660598,    Dallas, TX 75266-0598
16684932     +Glenview State Bank,    800 Waukegan Rd,    Glenview, IL 60025-4310
16684935     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16684934     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16684936     +Jared Galleria of Jewelry Store,    375 Ghent Rd,    Akron, OH 44333-4601
16684937     +Kluever & PLatt,    65 E Wacker Place,    Chicago, IL 60601-7296
16684939     +Law Office of Roland Schlosser,    203 N. Wabash Ave.,    Suite 503,    Chicago, IL 60601-2410
16684940     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16684941     #+Maria Pascua,    4209 Elm Avenue,    Brookfield, IL 60513-1903
16684942     +Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
16684943     +Wfcb/hsn,    Pob 337003,    North Glenn, CO 80233-7003
16684945     +Wyrhsr Mtg,    3815 South West Temple,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16684924     +E-mail/Text: KM@ARCONCEPTSINC.COM Mar 07 2012 04:36:31      A/r Concepts,    2320 Dean St,
               Saint Charles, IL 60175-1068
16684925     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 07 2012 04:36:19      Armor Systems Co,    1700 Kiefer Dr,
               Suite 1,    Zion, IL 60099-5105
17526026      E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2012 04:49:35      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16684931     +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2012 04:49:35      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
16684933     +E-mail/Text: pgray@hinsdalebank.com Mar 07 2012 04:36:06      Hinsdale Bank & Trust,
               25 E First St,    Hinsdale, IL 60521-4119
16684938     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 07 2012 04:22:00      Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
17412799     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 07 2012 04:21:11
               PYOD LLC its successors and assigns as assignee of,    FNBM LLC,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16684944      Wfnnb/fashion Bug
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Mar 06, 2012
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2012 at the address(es) listed below:

```
              David  Gallagher    on behalf of Debtor Vita Pascua NDILnotices@maceybankruptcylaw.com,
               CourtNotice@maceybankruptcylaw.com;DGallagher@maceybankruptcylaw.com;bk@maceybankruptcylaw.com
              Donald L. Newman    on behalf of Creditor   Hinsdale Bank & Trust Co. dnewmanassoc@yahoo.com,
               dnewmanassoc@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
              Susan J. Notarius    on behalf of Creditor   Select Portfolio Servicing, Inc.
               snotarius@Klueverplatt.com,  nparikh@klueverplatt.com
                                                                                             TOTAL: 6
```