UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
PASCUA, VITA                          §    Case No. 11-01819
                                      §
                                      §
        Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Phillip D. Levey_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Hinsdale Bank & Trust 25 E First St Hinsdale, IL 60521 |  |  |  |  |  |
|  | Wyrhsr Mtg 3815 South West Temple Salt Lake City, UT 84115 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/r Concepts 2320 Dean St Saint Charles, IL 60175 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit First Po Box 818011 Cleveland, OH 44181 | | | | | |
| | Credit One Bank Po Box 98872 Las Vegas, NV 89193 | | | | | |
| | Donald L. Newman & Associates 11 S. LaSalle Street Suite 1500 Chicago, IL 60603 | | | | | |
| | First Franklin Loan Services PO Box 660598 Dallas, TX 75266-0598 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jared Galleria of Jewelry Store 375 Ghent Rd Akron, OH 44333 | | | | | |
| | Kluever & PLatt 65 E Wacker Place Chicago, IL 60601 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Law Office of Roland Schlosser 203 N. Wabash Ave. Suite 503 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Select Portfolio Servicing, Inc. PO Box 65250 Salt Lake City, UT 84165 | | | | | |
| | Wfcb/hsn Pob 337003 North Glenn, CO 80233 | | | | | |
| | Wfnnb/fashion Bug | | | | | |
| 000003 | CREDIT FIRST | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001 | CAPITAL ONE,N.A | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-01819 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PASCUA, VITA | | | Date Filed (f) or Converted (c): | 01/18/11 (f) |
| | | | | 341(a) Meeting Date: | 02/28/11 |
| For Period Ending: | 05/11/12 | | | Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 4209 Elm Avenue, Brookfield | 226,500.00 | 10,433.00 | DA | 0.00 | FA |
| 2. Checking account with MB Financial | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous used books, pictures, etc. | 25.00 | 0.00 | DA | 0.00 | FA |
| 5. Personal used clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Miscellaneous used costume jewelry | 25.00 | 0.00 | DA | 0.00 | FA |
| 7. AARP - Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. JC Penney - Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Anticipated 2010 federal tax refund | 62.00 | 0.00 | DA | 0.00 | FA |
| 10. 2002 Chevrolet Impala with 120,000 miles | 3,975.00 | 0.00 | DA | 0.00 | FA |
| 11. 2005 Chrysler Town & Country with 70,000 miles Val | 5,615.00 | 4,300.00 | DA | 0.00 | FA |
| 12. 2002 21' ft Larson Deck Boat Value per Nada.com | 9,770.00 | 8,000.00 | | 8,000.00 | FA |

TOTALS (Excluding Unknown Values) $247,972.00 $22,733.00 $8,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/15/12    Current Projected Date of Final Report (TFR): 02/15/12

LFORM1

Ver: 16.06a

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-01819 -SPS | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | PASCUA, VITA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5892 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0061 | | | |
| For Period Ending: | 05/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/11 | 12 | Vita Pascua | Installment-Boat Sale | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/24/11 | 12 | Vita Pascua | Installment-Boat Sale | 1129-000 | 333.33 | | 1,333.33 |
| 08/18/11 | 12 | Vita Pascua | Installment Sale-Boat | 1129-000 | 500.00 | | 1,833.33 |
| 08/18/11 | 12 | Vita Pascua | Installment Sale - Boat | 1129-000 | 200.00 | | 2,033.33 |
| 08/18/11 | 12 | Vita Pascua | Installment Sale - Boat | 1129-000 | 633.33 | | 2,666.66 |
| 09/13/11 | 12 | Vita Pascua | Installment Payment-Boat | 1129-000 | 500.00 | | 3,166.66 |
| 09/13/11 | 12 | Vita Pascua | Installment Payment-Boat | 1129-000 | 733.33 | | 3,899.99 |
| 09/13/11 | 12 | Vita Pascua | Installment Payment-Boat | 1129-000 | 100.00 | | 3,999.99 |
| 09/29/11 | 12 | Vita Pascua | Installment-Boat Sale | 1129-000 | 1,000.00 | | 4,999.99 |
| 09/29/11 | 12 | Vita Pascua | Installment-Boat Sale | 1129-000 | 333.33 | | 5,333.32 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.45 | 5,326.87 |
| 11/05/11 | 12 | Vita Pascua | Installment Payment - Boat | 1129-000 | 900.00 | | 6,226.87 |
| 11/05/11 | 12 | Vita Pascua | Installment Payment-Bpat | 1129-000 | 433.33 | | 6,660.20 |
| 11/24/11 | 12 | Vita Pascua | Installment Payment - Boat | 1129-000 | 1,333.35 | | 7,993.55 |
| 04/05/12 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.00 | 6,443.55 |
| 04/05/12 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 31.95 | 6,411.60 |
| 04/05/12 | 000103 | Philllip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,665.00 | 4,746.60 |
| 04/05/12 | 000104 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000001, Payment 60.56093% | 7100-900 | | 205.78 | 4,540.82 |
| 04/05/12 | 000105 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 60.56029% | 7100-900 | | 1,663.04 | 2,877.78 |
| | | | | Page Subtotals | 8,000.00 | 5,122.22 | |

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 11-01819 -SPS | Trustee Name: | Phillip D. Levey |
| Case Name: | PASCUA, VITA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5892 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0061 | | |
| For Period Ending: | 05/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 000106 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 000003, Payment 60.56078% | 7100-000 | | 676.90 | 2,200.88 |
| 04/05/12 | 000107 | PYOD LLC its successors and assigns as assignee of FNBM LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 60.56014% | 7100-000 | | 1,159.23 | 1,041.65 |
| 04/05/12 | 000108 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 60.56034%<br>(5-1) JCPENNEY CREDIT SERVICES | 7100-000 | | 1,041.65 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.00 | 8,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 8,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5892 | 8,000.00 | 8,000.00 | 0.00 |
| | 8,000.00 | 8,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     2,877.78

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*